[No. 43849-6-II.   Division Two.   June 12, 2014.]

*In the Matter of the Parentage of* J.E.B.

SCOTT LESLIE BOOTH, *Respondent*, v. VANESSA JANEA BARNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-5-01754-8, James R. Orlando, J., entered July 20, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Hunt and Maxa, JJ.

[Nos. 31385-9-III; 31398-1-III.   Division Three.   June 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DUANE DODD, *Appellant*.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 12-1-00074-1, Donald W. Schacht, J., entered December 27, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31556-8-III.   Division Three.   June 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO JUNIOR SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-01293-3, Cameron Mitchell, J., entered March 27, 2013. *Reversed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.